| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | EASTERN DISTRICT OF TEXAS |

ROBERT M. SHAW, §
  §
  Plaintiff, §
  §
versus § CIVIL ACTION NO. 1:09-CV-730
  §
NATIONAL CITY BANK, §
  §
  Defendant. §

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

The court referred this matter to the Honorable Earl S. Hines, United States Magistrate Judge, for pretrial proceedings pursuant to a Referral Order entered on July 31, 2009. The court has received and considered the report of the United States magistrate judge, who recommends that the court grant the plaintiff's motion to dismiss and enter judgment.

The magistrate judge's report is hereby **ADOPTED**. The purpose of the referral having been served, it is further

**ORDERED** that the reference to the magistrate judge is **VACATED**.

SIGNED at Beaumont, Texas, this 13th day of November, 2009.

                                          _____
                                          MARCIA A. CRONE
                                          UNITED STATES DISTRICT JUDGE